_____

No. 95-1572
_____

Enebiene P. Ijoma,                  *
                                    *
          Appellant,                *
                                    *   Petition for Review of
     v.                             *   and Order of the Immigration
                                    *   and Naturalization Service.
Immigration and Naturalization      *
Service, (Omaha District)           *          [UNPUBLISHED]
                                    *
          Appellee.                 *
                            _____

               Submitted:  January 31, 1996

                 Filed:  February 6, 1996
                            _____

Before FAGG, BOWMAN, and HANSEN, Circuit Judges.
                            _____

PER CURIAM.


     Enebiene P. Ijoma, a citizen of Nigeria, appeals the District
Court's[1] dismissal of his 28 U.S.C. § 2241 petition for a writ of
habeas corpus.  Having carefully reviewed the entire record and the
parties' submissions, we conclude the judgment of the District
Court was correct.  Accordingly, we affirm.  See 8th Cir. R. 47B.


     A true copy.


     Attest:


          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Richard G. Kopf, United States District Judge
for  the  District  of  Nebraska,  adopting  the  report  and
recommendation of the Honorable David L. Piester, United States
Magistrate Judge for the District of Nebraska.